**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY TROVER GAMACHE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:15CV557 RWS |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

Plaintiff has filed a civil suit and seeks leave to proceed in forma pauperis. The request is granted. Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. An action is frivolous if the facts alleged are "clearly baseless"; allegations are clearly baseless if they are "fanciful," "delusional," or "fantastic." Denton v. Hernandez, 504 U.S. 25, 32-33 (1992).

### Allegations

Plaintiff alleges that he formed a "federation" with members of the United States government to develop "special policy for the purposes of advancements of select fields of science and cooperation between foreign governments and that plaintiff then developed this federation." Plaintiff says he was then usurped. Now, plaintiff seeks to be installed as the co-leader along with the usurper.

### Discussion

The allegations in the complaint are fantastic under Denton. As a result, this action is dismissed without further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 2nd day of April, 2015.

                                    RODNEY W. SIPPEL
                                    UNITED STATES DISTRICT JUDGE